# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Willams, Mary Ellen C. | **2. Court or Organization**<br><br>US Court of Federal Claims | **3. Date of Report**<br><br>08/10/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 612
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 2. | Council Member, Section Delegate | ABA Section of Public Contract Law |
| 3. | Member - Board of Visitors | Duke University School of Law |
| 4. | Member - Advisory Comm. to the Standing Comm. on Law & National Security | ABA |
| 5. | Adjunct Professor | Johns Hopkins University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Johns Hopkins University thesis review | $100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed - Financial Advisor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/23/2019-3/24/2019 | New York, NY | NYIPLA Annual Judges' Dinner | Lodging/Transportation |
| 2. | Administrative Office of the US Courts | 04/10/2019-04/14/2019 | Stanford, CA | FJC's Dividing the Waters Conference | Lodging/Transportation |
| 3. | The McCammon Group | 06/06/2019-06/07/2019 | Richmond, VA | Annual Conference | Lodging |
| 4. | Federal Circuit Bar Association | 06/12/2019-06/16/2019 | Colorado Springs, CO | Federal Circuit Judicial Conference | Lodging/Transportation |
| 5. | ABA and Administrative Office of the US Courts | 08/08/2019-08/14/2019 | San Francisco, CA | ABA Annual Meeting | Lodging/Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 08/10/2020 |

| 6. | Court of Federal Claims | 11/14/2019 | Washington, DC | Court of Federal Claims Judicial Conference | Registration fee |
|---|---|---|---|---|---|
| 7. | Administrative Office of the US Courts | 11/15/2019-11/16/2019 | Houston, TX | Annual Mediation and Advocacy Skills Institute | Lodging/Transportation |
| 8. | George Mason Law & Economics Center | 12/7/2019-12/13/2019 | Honolulu, HI | Judicial Education Program | Lodging/Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | AT&T Inc. (T) | A | Dividend | J | T | | | | | |
| 2. | Abbott Lab Common Stock (ABVIE) | A | Dividend | J | T | | | | | |
| 3. | Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 4. | Charter Communications Inc New CL A (CHTR) | A | Dividend | J | T | | | | | |
| 5. | Wells Fargo Checking | A | Interest | K | T | | | | | |
| 6. | Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 7. | -Fixed Account | | None | K | T | | | | | |
| 8. | -VP Aggresive Class 4 | | None | L | T | | | | | |
| 9. | Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 10. | -Fixed Account | | None | K | T | | | | | |
| 11. | -VP Mod Aggressive Class 4 | | None | M | T | | | | | |
| 12. | Wells Fargo (MM) | A | Interest | J | T | | | | | |
| 13. | Wells Fargo Checking | A | Interest | K | T | | | | | |
| 14. | Fidelity Adv. Stock Sel. Cap. Cl. A (FMAMX) | A | Dividend | | | Sold | 12/02/19 | M | E | |
| 15. | Fidelity Advisor New Insights Cl A (FNIAX) | A | Dividend | K | T | | | | | |
| 16. | Nuveen Large Cap Value Cl A (NNGAX) | A | Dividend | | | Sold | 07/03/19 | K | A | |
| 17. | Ameriprise (AMP) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Invesco QQQETF (QQQ) | A | Dividend | L | T | Buy | 07/03/19 | L | | |
| 19. IShares Core S&P 500 ETF (IVV) | D | Dividend | N | T | Buy (add'l) | 07/08/19 | L | | |
| 20. IShares MBS ETF (MBB) | A | Dividend | | | Sold | 07/03/19 | K | A | |
| 21. Vanguard High Div Yield ETF (VYM) | C | Dividend | | | Sold | 07/03/19 | M | E | |
| 22. Vanguard Info Tech ETF (VGT) | A | Dividend | L | T | | | | | |
| 23. Ameriprise MM | A | Interest | J | T | | | | | |
| 24. Fidelity Advisor Strategic Income CL I (FSRIX) | C | Dividend | M | T | | | | | |
| 25. Pimco Income Cl.12 (PONAX) | D | Dividend | | | Sold (part) | 07/03/19 | K | A | |
| 26. Pimco Income Cl.12 (PONAX) | D | Dividend | | | Sold (part) | 07/08/19 | J | A | |
| 27. Abbvie Inc (ABBV) | B | Dividend | | | Sold (part) | 01/29/19 | J | B | |
| 28. Abbvie Inc (ABBV) | B | Dividend | | | Sold | 07/08/19 | K | C | |
| 29. Amgen, Inc (AMGN) | A | Dividend | | | Sold | 01/29/19 | J | A | |
| 30. Amgen, Inc (AMGN) | A | Dividend | | | Sold | 07/08/19 | K | B | |
| 31. BCE Inc New (BCE) | B | Dividend | | | Sold | 07/08/19 | K | A | |
| 32. Best Buy Company Inc. (BBY) | A | Dividend | | | Buy (add'l) | 01/29/19 | J | | |
| 33. Best Buy Co. Inc. (BBY) | A | Dividend | | | Sold | 07/08/19 | K | B | |
| 34. Metlife (MET)/Brighthouse Financial Inc (BHF) | A | Dividend | | | Sold | 01/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Broadcom Inc (AVGO) | A | Dividend | | | Sold | 07/08/19 | K | C | |
| 36.  Carnival Corp Paired (CCL) | A | Dividend | | | Sold | 07/03/19 | K | A | |
| 37.  Cisco Systems (CSCO) | A | Dividend | | | Sold (part) | 01/29/19 | J | B | |
| 38.  Cisco Systems (CSCO) | A | Dividend | | | Sold | 07/08/19 | K | E | |
| 39.  Clorox Company (CLX) | A | Dividend | | | Sold (part) | 01/29/19 | J | A | |
| 40.  Clorox Company (CLX) | A | Dividend | | | Sold | 07/03/19 | K | D | |
| 41.  Cracker Barrel Old Ctry (CBRL) | A | Dividend | | | Sold | 01/29/19 | K | C | |
| 42.  Delta Airlines Inc New (DAL) | A | Dividend | | | Sold | 07/08/19 | K | D | |
| 43.  Home Depot Inc (HD) | A | Dividend | | | Sold | 07/08/19 | K | D | |
| 44.  Intel Corp (INTC) | A | Dividend | | | Sold | 07/08/19 | K | C | |
| 45.  Intl Business Machines Corp (IBM) | A | Dividend | | | Sold | 01/29/19 | K | A | |
| 46.  JPMorgan Chase & Company (JPM) | A | Dividend | | | Sold | 07/08/19 | K | C | |
| 47.  Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 04/26/19 | K | D | |
| 48.  Maxim Integrated Prods (MXIM) | A | Dividend | | | Sold (part) | 01/29/19 | J | A | |
| 49.  Maxim Integrated Prods (MXIM) | A | Dividend | | | Sold | 04/26/19 | K | A | |
| 50.  Microsoft (MSFT) | A | Dividend | | | Sold (part) | 01/29/19 | J | B | |
| 51.  Microsoft (MSFT) | A | Dividend | | | Sold | 07/03/19 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Public Storage (PSA) | A | Dividend | | | Sold | 07/08/19 | K | C | |
| 53. Union Pacific Corp (UNP) | A | Dividend | | | Sold | 07/08/19 | K | D | |
| 54. FT NYSE ARCA Biotech ETF (FBT) | A | Dividend | | | Sold | 07/08/19 | L | D | |
| 55. Invesco QQQ ETF (QQQ) | B | Dividend | M | T | Buy<br>(add'l) | 04/26/19 | J | | |
| 56. Hlther Sel Sect SPDR ETF (XLV) | A | Dividend | J | T | | | | | |
| 57. Vanguard High Dividend Yield ETF (VYM) | A | Dividend | | | Sold<br>(part) | 04/01/19 | J | A | |
| 58. Vanguard High Dividend Yield ETF (VYM) | A | Dividend | | | Sold | 07/08/19 | K | D | |
| 59. Vanguard Info Tech ETF (VGT) | A | Dividend | L | T | | | | | |
| 60. Williams Family Rev Trust | | | | | | | | | |
| 61. - Cash Ameriprise MM | A | Interest | M | T | | | | | |
| 62. - Eaton Vance Floating Rate CL A (EVBLX) | A | Dividend | K | T | | | | | |
| 63. - Eaton Vance Short Duration Govt Income Cl A (EALDX) | A | Dividend | J | T | | | | | |
| 64. - Eaton Vance Global Macro Absolute Return Advntg CL A (EGRAX) | A | Dividend | K | T | | | | | |
| 65. - Federated High Income Bond CL A (FHIIX) | A | Dividend | J | T | | | | | |
| 66. - T Rowe Price Maryland Tax Free Bond (MDXBX) | D | Interest | M | T | | | | | |
| 67. - Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 68. - Alphabet Inc Cl C (GOOG) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | | | | | |
| 70.   - Amazon.Com Inc (AMZN) | A | Dividend | K | T | | | | | |
| 71.   - Ameriprise Financial Inc (AMP) | A | Dividend | J | T | | | | | |
| 72.   - Apple Inc (AAPL) | B | Dividend | K | T | | | | | |
| 73.   - Brighthouse Financial Inc (BHF) (Y) | A | Dividend | J | T | | | | | |
| 74.   - Celgene Corp (CELG) (Now Bristol Myers Squibb (BMY)) | A | Dividend | J | T | Sold | 11/21/19 | J | D | |
| 75.   - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 76.   - Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 77.   - Colgate-Palmolive Company (CL) | A | Dividend | | | Sold | 12/02/19 | J | A | |
| 78.   - Comcast Corp CL A New (CMCSA) | A | Dividend | J | T | | | | | |
| 79.   - Conocophillips (COP) | A | Dividend | J | T | | | | | |
| 80.   - Walt Disney Co (DIS) | A | Dividend | J | T | | | | | |
| 81.   - Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 82.   - Gilead Sciences Inc. (GILD) | A | Dividend | J | T | | | | | |
| 83.   - Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 84.   - Invesco QQQ ETF (QQQ) (X) | A | Dividend | L | T | | | | | |
| 85.   - IShares Core S&P 500 ETF (IVV) | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 87.   - Mastercard Inc CL A (MA) | A | Dividend | K | T | | | | | |
| 88.   - McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 89.   - Merck & Company Inc New (MRK) | A | Dividend | J | T | | | | | |
| 90.   - Metlife Inc. (MET) | A | Dividend | J | T | | | | | |
| 91.   - Netflix Inc. (NFLX) | A | Dividend | J | T | | | | | |
| 92.   - Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 93.   - PNC Financial Services Group Inc. (PNC) | A | Dividend | J | T | | | | | |
| 94.   - Proctor & Gamble Company (PG) | A | Dividend | J | T | | | | | |
| 95.   - Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | K | T | | | | | |
| 96.   - Sector Energy Select Sector SPDR ETF (XLE) | A | Dividend | J | T | | | | | |
| 97.   - Sector Financial Select Sector SPDR ETF (XLF) | A | Dividend | J | T | | | | | |
| 98.   - Sector Industrial Select Sector SPDR ETF (XLI) | A | Dividend | K | T | | | | | |
| 99.   - Select Sector TR Real Estate SPDR ETF (XLI) | A | Dividend | J | T | | | | | |
| 100.  - Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 101.  - Under Armour Inc CL A (UAA) | | None | | | Sold | 12/02/19 | J | A | |
| 102.  - Under Armour Inc CL C (UA) | | None | | | Sold | 12/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 104. - Verizon Communications Inc. (VZ) | A | Dividend | J | T | | | | | |
| 105. - Walgreens Boots Alliance Inc. (WBA) | A | Dividend | J | T | | | | | |
| 106. GTW/ACW Irrev Trust FBO JTW | A | Interest | N | T | | | | | |
| 107. GTW/ACW Irrev Trust FBO JAW | A | Interest | N | T | | | | | |
| 108. Dow Chemical Company (DOW) (Now DWDP) | A | Dividend | | | Sold | 01/29/19 | K | A | |
| 109. Fidelity Advisor Strategic Income CL I (FSTAX) | C | Dividend | K | T | | | | | |
| 110. Best Buy Company Inc (BBY) | | | | | Buy | 01/29/19 | | | |
| 111. Kohls Corp (KSS) | | | | | Buy | 01/29/19 | K | | |
| 112. Kohls Corp (KSS) | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 113. Medtronic PLC (MDT) | | | | | Buy | 01/29/19 | | | |
| 114. Medtronic PLC (MDT) | A | Dividend | | | Sold | 07/08/19 | K | B | |
| 115. Nextera Energy Inc (NEE) | | | | | Buy | 01/29/19 | | | |
| 116. Nextera Energy Inc (NEE) | A | Dividend | | | Sold | 07/08/19 | K | C | |
| 117. Prudential Financial Inc (PRU) | | | | | Buy (add'l) | 01/29/19 | J | | |
| 118. Prudential Financial Inc (PRU) | A | Dividend | | | Sold | 07/08/19 | K | A | |
| 119. Suntrust Banks Inc (STI) | | | | | Buy | 01/29/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Suntrust Banks Inc (STI) | A | Dividend | | | Sold | 04/26/19 | K | A | |
| 121.  Total S A Spon ADR (TOT) | | | | | Buy (add'l) | 01/29/19 | J | | |
| 122.  Total S A Spon ADR (TOT) | | None | | | Sold | 07/08/19 | K | A | |
| 123.  United Parcel Service Inc Cl B (UPS) | | | | | Buy (add'l) | 01/29/19 | J | | |
| 124.  United Parcel Service Inc Cl B (UPS) | A | Dividend | | | Sold | 07/08/19 | K | A | |
| 125.  Waste Management Inc Del (WM) | | | | | Buy | 01/29/19 | K | | |
| 126.  Waste Management Inc Del (WM) | A | Dividend | | | Sold | 07/08/19 | K | C | |
| 127.  Westrock Co (WRK) | | | | | Buy (add'l) | 01/29/19 | J | | |
| 128.  Westrock Co (WRK) | A | Dividend | | | Sold | 07/08/19 | K | A | |
| 129.  Marathon Petroleum Corp (MPC) | | | | | Buy | 04/26/19 | K | | |
| 130.  Marathon Petroleum Corp (MPC) | | None | | | Sold | 07/08/19 | K | A | |
| 131.  Regions Financial Corp New (RF) | | | | | Buy | 04/26/19 | K | | |
| 132.  Regions Financial Corp New (RF) | A | Dividend | | | Sold | 07/08/19 | K | A | |
| 133.  Texas Instruments Inc (TXN) | | | | | Buy | 04/26/19 | K | | |
| 134.  Texas Instruments Inc (TXN) | A | Dividend | | | Sold | 07/08/19 | K | B | |
| 135.  Tyson Foods Inc Cl A (TSN) | | | | | Buy | 04/26/19 | K | | |
| 136.  Tyson Foods Inc Cl A (TSN) | A | Dividend | | | Sold | 07/08/19 | K | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Texas Instruments Inc (TXN) | | | | | Buy | 04/26/19 | K | | |
| 138.  Texas Instruments Inc (TXN) | A | Dividend | | | Sold | 07/08/19 | K | C | |
| 139.  Fidelity Advisor Strategic Income Cl I (FSRIX) | | | | | Buy (add'l) | 07/03/19 | L | | |
| 140.  Fidelity Advisor Strategic Income Cl I (FSRIX) | C | Dividend | M | T | Sold (part) | 07/08/19 | J | A | |
| 141.  Federated MDT Mid Cap Growth Instl Cl (FGSIX) | A | Dividend | M | T | Buy | 07/08/19 | M | | |
| 142.  IShares Core S&P 500 ETF (IVV) | D | Dividend | M | T | Buy | 07/08/19 | N | | |
| 143.  MFS Intl Diversification Cl I (MDIJX) | D | Dividend | M | T | Buy | 07/08/19 | L | | |
| 144.  PGIM Total Return Bond Cl Z (PDBZX) | C | Dividend | M | T | Buy | 07/08/19 | L | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV Line 3 - The McCammon Group provides mediation and arbitration services in the DC/MD/VA area and invited me to the conference as an observer and prospective employee in connection with bona fide employment discussions.

Part VII Lines 1-4 - On 8/29/19 these assets were transferred to ⬛⬛⬛ account as ⬛ is no longer a ⬛⬛⬛ . Previously we held these assets as custodians for ⬛ .

Part VII Lines 25-26 - On 4/25/19 there was a share class exchange between Pimco CL A and Pimco CL 12 (from PONAX to PONPX).

Part VII Line 74 - Due to a merger on 11/21/19, Celgene Corp (CHG) is now named Bristol Myers Squibb (BMY).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ellen C. Willams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544